**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VERTEX ENERGY, INC., *et al.*,[1] | ) ) ) | Case No. 24-90507 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF CURE COSTS AND POTENTIAL**
**ASSUMPTION AND ASSIGNMENT OF EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE**

  **PLEASE TAKE NOTICE** that on September 25, 2024, United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered the *Order (I) Approving the Bidding Procedures and Auction, (II) Scheduling Bid Deadlines, an Auction, Objection Deadlines, and a Sale Hearing, (III) Approving The Assumption and Assignment Procedures, (IV) Approving the Form and Manner of Notice of a Sale Transaction, the Auction, the Sale Hearings, and Assumption and Assignment Procedures, and (V) Granting Related Relief* [Docket No. 55] (the "Bidding Procedures Order") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").[2]

  **PLEASE TAKE FURTHER NOTICE** that the Debtors are soliciting offers for the purchase of all or substantially all of the Debtors' assets (the "Assets") consistent with the bidding and auction procedures to govern the sale of all or substantially all of the Assets, which are attached at Exhibit 1 to the Bidding Procedures Order (the "Bidding Procedures") approved by the Court pursuant to the Bidding Procedures Order. **All interested bidders should carefully read the Bidding Procedures and Bidding Procedures Order**. To the extent that there are any inconsistencies between this notice and the Bidding Procedures or Bidding Procedures Order, the Bidding Procedures or Bidding Procedures Order, as applicable, shall govern in all respects.

**Cure Costs**

  In accordance with the Assumption and Assignment Procedures and the Bidding Procedures Order, the Debtors shall, in connection with a Sale Transaction, assume and assign to

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/vertex. The location of Debtor Vertex Energy, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1331 Gemini Street Suite 250, Houston, Texas 77058.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures, or the Bidding Procedures Order, as applicable.

the Successful Bidder (or its designated assignees, as applicable) certain contracts and leases of the Debtors.

Each of the contracts and leases that may potentially be assumed and assigned in connection with a Sale Transaction and the Debtors' calculation of the Cure Costs with respect thereto are set forth on **Exhibit A** annexed hereto.

The inclusion of any contract or lease on **Exhibit A** does not constitute an admission that a particular contract or lease is an executory contract or unexpired lease within the meaning of the Bankruptcy Code or require or guarantee that such contract or lease ultimately will be assumed or assigned. All rights of the Debtors and the counterparties with respect thereto are reserved.

Notwithstanding the inclusion of any lease or contract on **Exhibit A**, a purchaser of the Debtors' Assets is not bound to accept assignment of such Contract and may amend the schedule of Assigned Contracts to remove any contract or lease to the extent provided in their purchase agreement with the Debtors.

If (a) the Debtor identifies (i) additional contracts or leases to be assumed and assigned to a purchaser or (ii) modifications that need to be made to a proposed Cure Cost previously stated in the Assignment and Cure Notice; or (b) a purchaser designates any additional contracts or leases not previously included on this Assignment and Cure Notice for assumption and assignment, the Debtor shall file with the Court and serve by first class mail on the applicable Contract Counterparty a supplemental Assignment and Cure Notice (a "Supplemental Cure Notice"). As soon as reasonably practicable after filing a Supplemental Cure Notice, the Debtors shall post a copy of the Supplemental Cure Notice on the Debtors' restructuring website at https://www.veritaglobal.net/vertex.

## Cure Objections

Objections, if any, to any proposed Cure Costs (each, a "Cure Objection," and together with the Adequate Assurance Objections, the "Contract Objections") with respect to the Contracts identified on **Exhibit A** must: (i) be in writing; (ii) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection, and, to the extent applicable, provide proposed language that, if accepted and incorporated by the Debtors, would obviate such objection; (iv) conform to the Bankruptcy Rules and the Local Rules; and (v) be filed with the Court **ten (10) days after service of the initial Cure Notice** (the "Cure Objection Deadline"). Any Cure Objection with respect to Cure Costs set forth in a Supplemental Cure Notice must be filed within **ten (10) days after service of the Supplemental Cure Notice** (the "Supplemental Cure Objection Deadline").

## Adequate Assurance Objections

Objections, if any, to the proposed assumption and assignment of a Contract identified on **Exhibit A** based on a purchaser of the Debtors' Assets (a) ability to provide adequate assurance of future performance or (b) the proposed form of adequate assurance of future performance with respect to such Assigned Contract (each, an "Adequate Assurance Objection"), must: (i) be in writing; (ii) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection,

and, to the extent applicable, provide proposed language that, if accepted and incorporated by the Debtors, would obviate such objection; (iv) conform to the Bankruptcy Rules and the Bankruptcy Local Rules; and (v) be filed with the Court by the following deadlines (the "<u>Adequate Assurance Objection Deadlines</u>"):

i. in the event there are no Acceptable Bidders, and the Credit Bid Sale is pursued, the deadline by which an Adequate Assurance Objection must be filed is **<u>November 11, 2024 at 4:00 p.m. (prevailing Central Time)</u>**; and

ii. in the event there is at least one Acceptable Bidder, the deadline by which an Adequate Assurance Objection must be filed is **<u>December 9, 2024 at 4:00 p.m. (prevailing Central Time)</u>**.

**IF NO TIMELY CONTRACT OBJECTION IS FILED WITH RESPECT TO AN ASSIGNED CONTRACT OR A PURCHASER OF THE DEBTORS' ASSETS: (I) THE CONTRACT COUNTERPARTY TO SUCH PROPOSED ASSIGNED CONTRACT SHALL BE DEEMED TO HAVE CONSENTED TO THE ASSUMPTION BY THE DEBTOR AND ASSIGNMENT TO THE PURCHASER, AS APPLICABLE, OF THE ASSIGNED CONTRACT, AND BE FOREVER BARRED FROM ASSERTING ANY OBJECTION WITH REGARD TO SUCH ASSUMPTION AND ASSIGNMENT (INCLUDING, WITHOUT LIMITATION, WITH RESPECT TO ADEQUATE ASSURANCE OF FUTURE PERFORMANCE BY THE PURCHASER OR PURCHASERS); (II) ANY AND ALL DEFAULTS UNDER THE ASSIGNED CONTRACT AND ANY AND ALL PECUNIARY LOSSES RELATED THERETO SHALL BE DEEMED CURED AND COMPENSATED PURSUANT TO BANKRUPTCY CODE SECTION 365(B)(1)(A) AND UPON PAYMENT OF THE CURE COSTS SET FORTH IN THE CURE NOTICE FOR SUCH ASSIGNED CONTRACT; (III) THE DEBTOR WILL BE DEEMED TO HAVE PROVIDED ADEQUATE ASSURANCE OF FUTURE PERFORMANCE FOR SUCH ASSIGNED CONTRACT IN ACCORDANCE WITH SECTION 365(F)(2)(B) OF THE BANKRUPTCY CODE AND THE CONTRACT COUNTERPARTY SHALL FOREVER BE BARRED FROM ASSERTING AGAINST THE DEBTOR, ITS ESTATE, AND A PURCHASER, ANY ADDITIONAL OBLIGATION TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE; AND (IV) THE CONTRACT COUNTERPARTY SHALL BE FOREVER BARRED FROM ASSERTING ANY OTHER CLAIMS RELATED TO SUCH ASSIGNED CONTRACT AGAINST THE DEBTOR AND ITS ESTATE OR THE PURCHASER, OR ITS PROPERTY, THAT EXISTED PRIOR TO THE ENTRY OF THE ORDER RESOLVING SUCH CONTRACT OBJECTION AND ANY SALE ORDER (AS APPLICABLE).**

<u>**Additional Information**</u>

Copies of the Bidding Procedures and the Bidding Procedures Order, and any related documents are available upon request to Verita Global LLC by calling (877) 709-4747 (domestic, toll free) or +1 (424) 236-7228 (international) or visiting the Debtors' restructuring website at https://www.veritaglobal.net/vertex.

Houston, Texas
October 9, 2024

/s/ *Jason G. Cohen*

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| 711 Louisiana Street, Suite 2300 | 601 Lexington Avenue |
| Houston, Texas 77002 | New York, New York 10022 |
| Telephone: (713) 223-2300 | Telephone: (212) 446-4800 |
| Facsimile: (800) 404-3970 | Facsimile: (212) 446-4900 |
| Email: jason.cohen@bracewell.com | Email: brian.schartz@kirkland.com |
| jonathan.lozano@bracewell.com | |
| | -and- |
| -and- | |
| | **KIRKLAND & ELLIS LLP** |
| Mark E. Dendinger (admitted *pro hac vice*) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 31 W. 52nd Street, Suite 1900 | John R. Luze (admitted *pro hac vice*) |
| New York, NY 10019 | Rachael M. Bentley (admitted *pro hac vice*) |
| Telephone: (212) 508-6100 | 333 West Wolf Point Plaza |
| Facsimile: (800) 404-3970 | Chicago, Illinois 60654 |
| Email: mark.dendinger@bracewell.com | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: john.luze@kirkland.com |
| | rachael.bentley@kirkland.com |
| | |
| *Proposed Co-Counsel to the Debtors* | *Proposed Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |