IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VERTEX ENERGY, INC., *et al.*,[1] | ) ) | Case No. 24-90507 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF FINAL HEARING ON THE
MOTIONS TO OCTOBER 22, 2024, AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

**[Re: Docket Nos. 8, 12, 20, 23]**

**PLEASE TAKE NOTICE** that the following motions filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") were scheduled for a final hearing on October 16, 2024, at 9:00 a.m. (prevailing Central Time) before the Honorable Judge Lopez, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of Texas (the "Court"):

- *Critical Vendors Motion.* Debtors' Emergency *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) 503(b)(9) Claimants, (B) Lien Claimants, (C) Critical Vendors, and (D) HSE Suppliers, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 8] (the "Critical Vendors Motion");

- *Cash Management Motion.* Debtors' Emergency *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records, and (II) Granting Related Relief* [Docket No. 12] (the "Cash Management Motion");

- *DIP Motion.* Debtors' Emergency *Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing,*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vertex. The location of Debtor Vertex Energy, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1331 Gemini Street, Suite 250, Houston, Texas 77058.

1

*(II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Pre-Petition Term Loan Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 20] (the "DIP Motion"); and

- *Intermediation Motion. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Continuation of the Intermediation Contracts, as Amended, (II) Authorizing the Debtors to Enter Into and Perform Postpetition Intermediation Transactions and Postpetition Hedging Transactions, (III) Providing Superpriority Administrative Expense Status and Liens In Respect of Postpetition Intermediation Transactions, and Postpetition Hedging Transactions (IV) Granting Adequate Protection to the Intermediation Provider, (V) Providing Superpriority Administrative Expense Status in Respect of Purchaser Support Agreements, (VI) Modifying the Automatic Stay, (VII) Setting a Final Hearing, and (VIII) Granting Related Relief* [Docket No. 23] (the "Intermediation Motion" and, together with the Critical Vendors Motion, Cash Management Motion, and DIP Motion, the "Motions").

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motions on a final basis has been adjourned to **October 22, 2024, at 1:00 p.m. (prevailing Central Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in Courtroom 401, 4th Floor, 515 Rusk, Houston, Texas 77002. You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both electronic and in-person hearings. to make your appearance, click the "electronic appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "submit" to complete your

appearance.

**PLEASE TAKE FURTHER NOTICE THAT** all documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein or on the website of the Debtors' claims and noticing agent, Kurtzman Carson Consultants, LLC dba Verita Global, at https://www.veritaglobal.net/vertex.

[*Remainder of page intentionally left blank*]

Houston, Texas
October 10, 2024

/s/ *Jason G. Cohen*

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| 711 Louisiana Street, Suite 2300 | 601 Lexington Avenue |
| Houston, Texas 77002 | New York, New York 10022 |
| Telephone: (713) 223-2300 | Telephone: (212) 446-4800 |
| Facsimile: (800) 404-3970 | Facsimile: (212) 446-4900 |
| Email: jason.cohen@bracewell.com | Email: brian.schartz@kirkland.com |
| jonathan.lozano@bracewell.com | |
| -and- | -and- |
| Mark E. Dendinger (admitted *pro hac vice*) | **KIRKLAND & ELLIS LLP** |
| 31 W. 52nd Street, Suite 1900 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| New York, NY 10019 | John R. Luze (admitted *pro hac vice*) |
| Telephone: (212) 508-6100 | Rachael M. Bentley (admitted *pro hac vice*) |
| Facsimile: (800) 404-3970 | 333 West Wolf Point Plaza |
| Email: mark.dendinger@bracewell.com | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: john.luze@kirkland.com |
| | rachael.bentley@kirkland.com |
| *Proposed Co-Counsel to the Debtors* | *Proposed Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, a true and correct copy of the foregoing pleading was served by electronic mail via the Court's Electronic Case Filing System to all parties authorized to receive electronic notice in this case.

                                                      */s/ Jason G. Cohen*
                                                      Jason G. Cohen