IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VERTEX ENERGY, INC., *et al.*,[1] | ) ) | Case No. 24-90507 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF ADJOURNMENT OF SALE HEARING
## TO DECEMBER 17, 2024 AT 2:00 P.M. (PREVAILING CENTRAL TIME)

**PLEASE TAKE NOTICE** that on September 25, 2024, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered the *Order (I) Approving the Bidding Procedures and Auction, (II) Scheduling Bid Deadlines, an Auction, Objection Deadlines, and a Sale Hearing, (III) Approving the Assumption and Assignment Procedures, (IV) Approving the Form and Manner of Notice of a Sale Transaction the Auction, the Sale Hearings, and Assumption and Assignment Procedures, and (V) Granting Related Relief* [Docket No. 55] (the "Bidding Procedures Order")[2] in the chapter 11 cases of the above captioned debtors and debtors-in-possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Debtors are soliciting offers for the purchase of all or substantially all of the Debtors' assets (the "Assets") consistent with the Bidding Procedures (the "Bidding Procedures") approved by the Court pursuant to the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with paragraph 3 and 33 of the Bidding Procedures Order, the Debtors, after consultation with the Consultation Parties, may modify the Bidding Procedures to accelerate or extend the dates and deadlines set forth in the Bidding Procedures to promote bids.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of a Sale Transaction (the "Sale Hearing") has been adjourned from December 16, 2024 at 10:00 a.m., prevailing Central Time to **December 17, 2024, at 2:00 p.m., prevailing Central Time**.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing will be conducted in Courtroom 401, 4th Floor, 515 Rusk Street, Houston, Texas 77002. You may participate in the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vertex. The location of Debtor Vertex Energy, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1331 Gemini Street Suite 250, Houston, Texas 77058.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures or the Bidding Procedures Order, as applicable.

hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both electronic and in- person hearings. To make your appearance, click the "electronic appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures and the Bidding Procedures Order, the Debtors have provided requisite notice of the amended sale schedule to the appropriate notice parties, including the Consultation Parties.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures and the Bidding Procedures Order, and any related documents are available upon request to Verita Global LLC by calling (877) 709-4747 (domestic, toll free) or +1 (424) 236-7228 (international) or visiting the Debtors' restructuring website at https://www.veritaglobal.net/vertex.

Houston, Texas
December 4, 2024

| | |
|---|---|
| */s/ Jason G. Cohen* | |
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L Lozano (TX Bar No. 24121570) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| 711 Louisiana Street, Suite 2300 | 601 Lexington Avenue |
| Houston, Texas 77002 | New York, New York 10022 |
| Telephone: (713) 223-2300 | Telephone: (212) 446-4800 |
| Facsimile: (800) 404-3970 | Facsimile: (212) 446-4900 |
| Email: jason.cohen@bracewell.com | Email: brian.schartz@kirkland.com |
| jonathan.lozano@bracewell.com | |
| | -and- |
| -and- | |
| | **KIRKLAND & ELLIS LLP** |
| Mark E. Dendinger (admitted *pro hac vice*) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 31 W. 52nd Street, Suite 1900 | John R. Luze (admitted *pro hac vice*) |
| New York, NY 10019 | Rachael M. Bentley (admitted *pro hac vice*) |
| Telephone: (212) 508-6100 | 333 West Wolf Point Plaza |
| Facsimile: (800) 404-3970 | Chicago, Illinois 60654 |
| Email: mark.dendinger@bracewell.com | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: john.luze@kirkland.com |
| | rachael.bentley@kirkland.com |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

**Certificate of Service**

      I certify that on December 4, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                   /s/ *Jason G. Cohen*
                                                                                   Jason G. Cohen